**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By: Steven J. Bushinsky, Esquire

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND, et. al.<br><br>*Plaintiffs,*<br>v.<br><br>STAR PAINTING & RESTORATION and MARYANN HOFFMAN, individually, jointly, severally and in the alternative,<br>*Defendants.* | Case No: 17-cv-07496-KSH-CLW<br><br><br><br>**ORDER** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this 25th day of July 2018; and,

**ORDERED and ADJUDGED** that the Plaintiffs recover of Defendants Star Painting & Restoration and Maryann Hoffman, individually, the sum of **$80,301.17,** which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

*/s/ Katharine Hayden*
Katharine S. Hayden, U.S.D.J.